Vivian M. **BERSCAK,** Plaintiff–Appellant,

v.

**UNITED STATES POSTAL SERVICE, by and through William Henderson, the Post Master General,** Defendant–Appellee.

No. 01–2271.

United States Court of Appeals, Fourth Circuit.

Submitted June 28, 2002.

Decided July 10, 2002.

Branch W. Vincent, III, Twiford Law Firm, L.L.P., Manteo, North Carolina, for Appellant. John S. Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Jerri U. Dunston, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Vivian M. Berscak appeals the district court's order granting her employer's motion for summary judgment in this civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible

error. Accordingly, we affirm on the reasoning of the district court. *See Berscak v. United States Postal Serv.*, No. CA-98-45-2-BO-2 (E.D.N.C. Aug. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*